IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WHISKEY FLATS INC.,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | No. 20-3451 |
| **AXIS INSURANCE COMPANY,** *Defendant.* | : : | |

# **ORDER**

**AND NOW**, this **12th** day of **February 2021**, upon consideration of Defendant's Motion for Judgment on the Pleadings (ECF No. 15) and Plaintiff's response in opposition (ECF No. 17), it is hereby **ORDERED** that Defendant's Motion (ECF No. 15) is **GRANTED**.

The Clerk of Court is directed to close this matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**